UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


THE OHIO CASUALTY INSURANCE
COMPANY,

_____,
Plaintiff(s),

v.

BCI BUILDERS, INC., DENE BUSTICHI,
and MELODIE M. BUSTICHI, et al.

_____ Defendant(s).  /

CASE NO. **5:12-cv-06443 HRL**


STIPULATION AND ~~[PROPOSED]~~ ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following
stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
**X**   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably
more likely to meet their needs than any other form of ADR must participate in an ADR  phone
conference and may not file this form.  They must instead file a Notice of Need for ADR Phone
Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐   Private ADR *(please identify process and provider)*  _____
_____

The parties agree to hold the ADR session by:
☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the
case to an ADR process unless otherwise ordered. )*
☐   other requested deadline _____

Dated: March 12, 2013                    /s/*James D. Curran*
                                                      Attorney for Plaintiff
                                                      The Ohio Casualty Insurance Company


Dated: March 12, 2013                    /s/*Michael G. Ackerman*
                                                      Attorney for Defendants
                                                      BCI Builders, Inc., Dene Bustichi,
                                                      Melodie M. Bustichi

I, James D. Curran, am the ECF user whose identification and
password are being used to efile this Joint Stipulation. I hereby attest
that Michael G. Ackerman concurred in this efiling.

CONTINUE TO FOLLOWING PAGE

[PROPOSED] ORDER

☐  The parties' stipulation is adopted and IT IS SO ORDERED.
**X**  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

The parties shall hold the ADR session by the presumptive deadline (90 days from the date of this order).

Dated: March 14, 2013

         UNITED STATES MAGISTRATE JUDGE
         THE HONORABLE HOWARD R. LLOYD

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

---

Rev. 12/11