James D. Curran, Esq.  (SBN 126586)
Daniel C. Welch, Esq.  (SBN 233244)
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328
E-mail:  JCurran@WolkinCurran.com

*E-FILED - 5/8/13*

Attorneys for Plaintiff
The Ohio Casualty Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, a Ohio corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>BCI BUILDERS, INC., a California corporation; DENE BUSTICHI, an individual; and MELODIE M. BUSTICHI, an individual,<br><br>          Defendants. | Case No.: CV 12-06443 RMW<br><br>**STIPULATION FOR ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

## **STIPULATION**

Plaintiff THE OHIO CASUALTY INSURANCE COMPANY ("Ohio Casualty") on one hand, and Defendants BCI BUILDERS, INC., DENE BUSTICHI and MELODIE BUSTICHI (collectively, "Defendants") on the other hand, by and through their respective attorneys of record, stipulate and agree as follows:

1.     The case is set for Case Manage Conference in the courtroom of the Honorable Ronald M. Whyte on May 10, 2013 at 10:30 a.m.

2.     Counsel for Ohio Casualty will be unavoidably out of town and unavailable to attend the scheduled May 10, 2013 Case Management Conference.

1.

STIPULATION AND [] ORDER CONTINUING                    CASE NO.: CV 12-06443 RMW
CASE MANAGEMENT CONFERENCE

3. All counsel are available for a Case Management Conference on the subsequent Fridays at 10:30 a.m. including May 17, May 21 and May 31.

4. The parties respectfully request that the May 10, 2013 Case Management Conference in the instant action be continued to a Friday after May 10, including May 17, May 21 or May 31 or such other day that is agreeable to the Court.

5. On the basis of the foregoing, Ohio Casualty and Defendants offer the following [Proposed] Order for the Court.

Dated: May 3, 2013

WOLKIN • CURRAN, LLP

By: */s/ Daniel C. Welch*
Daniel C. Welch

Attorneys for Plaintiff
THE OHIO CASUALTY INSURANCE COMPANY

Dated: May 2, 2013

LAW OFFICES OF MICHAEL G. ACKERMAN

By: */s/ Michael G. Ackerman (authorized on 5/02/13)*
Michael G. Ackerman

Attorneys for Defendants
BCI BUILDERS, INC., DENE BUSTICHI, and MELODIE M. BUSTICHI

2.
STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE          CASE NO.: CV 12-06443 RMW

**[] ORDER**

Based on the forgoing Stipulation and good cause appearing therefor, the Court orders as follows:

1. The date set for the Case Management Conference for Friday, May 10, 2013, is vacated.

2. The Case Management Conference will be rescheduled to Friday, __May 17_____, 2013 at 10:30 a.m. in Courtroom 6, 4th Floor, San Jose.

**IT IS SO ORDERED.**

Dated: ____5/8_____, 2013

By: _Ronald M. Whyte_____
The Honorable Ronald M. Whyte
Senior District Judge,
United States District Court,
Northern District Of California

3.

STIPULATION AND [] ORDER CONTINUING                         CASE NO.: CV 12-06443 RMW
CASE MANAGEMENT CONFERENCE