Michael G. Ackerman, Esq. (SBN 64997)
**LAW OFFICES OF MICHAEL G. ACKERMAN**
2391 The Alameda, Suite 100
Santa Clara, CA 95050
Telephone: (408) 261-5800
Facsimile: (408) 261-5900
Email: mga@mgackermanlaw.com            *E-FILED - 7/10/13*

Attorneys for Defendants, BCI
BUILDERS, INC.; DENE BUSTICHI,
and MELODIE M. BUSTICHI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, a Ohio corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>BCI BUILDERS, INC.; a California corporation; DENE BUSTICHI, an individual; and MELODIE M. BUSTICHI, an individual;<br><br>   Defendants. | Case No.: 5:12-CV-06443- RMW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   The parties have reached a partial settlement of all claims.  The only remaining issues to be resolved relate to possible property transfers, including but not limited to a promissory note and two deeds of trust held by a third party against two properties owned by the individual Defendants.  To resolve this issue, Plaintiff may need to take limited depositions of the third party.

   It is hereby stipulated that the court continue the Case Management Conference now scheduled for July 12, 2013 at 10:30 a.m. for sixty (60) days to allow the parties to resolve the remaining issue.

- 1 -
**STIPULATION & ~~PROPOSED~~ ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE**                       Case No.: 5:11-CV-04660 RMW

DATED: July  8, 2013                              WOLKIN  CURRRAN, LLP


                                                   */s/ James D. Curran*
                                          By:     _____
                                                  JAMES D. CURRAN, ESQ.
                                                  Attorneys for Plaintiff,  The Ohio Casualty
                                                  Insurance Company


DATED: July  8, 2013                              LAW OFFICES OF
                                                  MICHAEL G. ACKERMAN


                                                   */s/ Michael G. Ackerman*
                                          By:     _____
                                                  MICHAEL G. ACKERMAN, ESQ.
                                                  Attorney for  Defendants, BCI Builders,
                                                  Inc.; Dene Bustichi, and Melodie
                                                  M. Bustichi


### (PROPOSED) ORDER:

On the stipulation of the parties and good cause appearing therefor it is ordered that the Case Management Conference now scheduled for July 12, 2013 be continued to  September 13, at 10:30 a.m.

DATED:  July 10, 2013                             *[signature: Ronald M. Whyte]*
                                                  _____
                                                  HONORABLE RONALD M. WHYTE
                                                  Judge of the U.S. District Court

---

- 2 -

**STIPULATION &** ~~PROPOSED~~ **ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE**                                Case No.: 5:11-CV-04660 RMW