Michael G. Ackerman, Esq. (SBN 64997)
**LAW OFFICES OF MICHAEL G. ACKERMAN**
2391 The Alameda, Suite 100
Santa Clara, CA 95050
Telephone: (408) 261-5800
Facsimile: (408) 261-5900
Email: mga@mgackermanlaw.com                    *E-FILED - 7/10/13*

Attorneys for Defendants, BCI
BUILDERS, INC.; DENE BUSTICHI,
and MELODIE M. BUSTICHI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, a Ohio corporation, | Case No.: 5:12-CV-06443- RMW |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| BCI BUILDERS, INC.; a California corporation; DENE BUSTICHI, an individual; and MELODIE M. BUSTICHI, an individual; | |
| Defendants. | |

    The parties have reached a partial settlement of all claims.  The only remaining issues to be resolved relate to possible property transfers, including but not limited to a promissory note and two deeds of trust held by a third party against two properties owned by the individual Defendants.  To resolve this issue, Plaintiff may need to take limited depositions of the third party.

    It is hereby stipulated that the court continue the Case Management Conference now scheduled for July 12, 2013 at 10:30 a.m. for sixty (60) days to allow the parties to resolve the remaining issue.

- 1 -

**STIPULATION & ~~PROPOSED~~ ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE**                     Case No.: 5:11-CV-04660 RMW

1  DATED: July 8, 2013                    WOLKIN CURRRAN, LLP

2

3                                          /s/ James D. Curran
                                    By: _____
4                                          JAMES D. CURRAN, ESQ.
                                           Attorneys for Plaintiff, The Ohio Casualty
5                                          Insurance Company

6

7  DATED: July 8, 2013                    LAW OFFICES OF
8                                          MICHAEL G. ACKERMAN

9

10

11                                         /s/ Michael G. Ackerman
                                    By: _____
12                                         MICHAEL G. ACKERMAN, ESQ.
                                           Attorney for Defendants, BCI Builders,
13                                         Inc.; Dene Bustichi, and Melodie
                                           M. Bustichi
14

15                            ~~(PROPOSED)~~ ORDER:

16     On the stipulation of the parties and good cause appearing therefor it is ordered that the Case

17 Management Conference now scheduled for July 12, 2013 be continued to  September 13,

18 at 10:30 a.m.

19

20

21 DATED: __July 10, 2013__             _/s/ Ronald M. Whyte_
                                        HONORABLE RONALD M. WHYTE
22                                      Judge of the U.S. District Court

23

24

25

26

27

28

- 2 -
**STIPULATION &** ~~PROPOSED~~ **ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE**                    Case No.: 5:11-CV-04660 RMW