James D. Curran, Esq.  (SBN 126586)
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:    (415) 982-9390
Facsimile:     (415) 982-4328
E-mail:  JCurran@WolkinCurran.com

Attorneys for Plaintiff
The Ohio Casualty Insurance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, a Ohio corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>BCI BUILDERS, INC., a California corporation; DENE BUSTICHI, an individual; and MELODIE M. BUSTICHI, an individual,<br><br>     Defendants. | Case No.: C 12-6443 RMW<br><br>**STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, OF ENTIRE ACTION**<br><br><br>Date:    March 21, 2014<br>Time:   10:30 p.m.<br>Courtroom:    6, 4th Floor<br>Judge:  Hon. Ronald M. Whyte |

Plaintiff THE OHIO CASUALTY INSURANCE COMPANY ("Ohio Casualty") on

the one hand, and Defendants BCI BUILDERS, INC., DENE BUSTICHI and MELODIE

M. BUSTICHI (collectively "Defendants") on the other hand, by and through their

respective attorneys of record in the above-captioned lawsuit, hereby agree and stipulate as

follows:

     1)    The entire action be dismissed, without prejudice; and

     2)    The dismissal, without prejudice, of the entire action shall not be, or at any

          later time deemed to be, collateral estoppel, res judicata, or retraxit on any

1.

STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, OF       CASE NO.: C 12-6443 RMW
ENTIRE ACTION; AND [ ORDER

1   issue, claim, demand, damage, right of action or cause of action of any kind

2   whatsoever Ohio Casualty or Defendants had, has or may have against the

3   other, including but not limited to any issue, claim, demand, damage, right of

4   action or cause of action of any kind whatsoever that was raised or could

5   have been raised in this action.

6   **IT IS SO AGREED AND STIPULATED.**

7   Dated: March 17, 2014                    Wolkin • Curran, LLP

8                                   By:      /s/*James D. Curran*
                                             James D. Curran
9                                            Attorneys for Plaintiff
                                             THE OHIO CASUALTY INSURANCE COMPANY
10

11  Dated: March 17, 2014                    Law Offices of Michael G. Ackerman

12                                           *(as authorized on March 17, 2014)*
                                    By:      /s/*Michael G. Ackerman*
13                                           Michael G. Ackerman, Esq.
                                             Attorneys for Defendants
14                                           BCI BUILDERS, INC., DENE BUSTICHI and
                                             MELODIE M. BUSTICHI
15

16

17

18

19                                  **[] ORDER**

20

21          **PURSUANT TO THE ABOVE STIPULATION, THE FOLLOWING IS**

22  **HEREBY ORDERED:**

23          1)      The entire action be dismissed, <u>without prejudice</u>; and

24          2)      The dismissal, <u>without prejudice</u>, of the entire action shall not be, or at any

25                  later time deemed to be, collateral estoppel, res judicata, or retraxit on any

26                  issue, claim, demand, damage, right of action or cause of action of any kind

27                  whatsoever Ohio Casualty or Defendants had, has or may have against the

28                  other, including but not limited to any issue, claim, demand, damage, right of

2.

STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, OF          CASE NO.: C 12-6443 RMW
ENTIRE ACTION; AND [] ORDER

1    action or cause of action of any kind whatsoever that was raised or could

2    have been raised in this action.

3    **IT IS SO ORDERED.**

4    Dated: March ___, 2014

     _____
     United States District Court
5    Northern District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.
_____
STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, OF                CASE NO.: C 12-6443 RMW
ENTIRE ACTION; AND [] ORDER